

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAW OFFICES OF JON DIVENS & ASSOCIATES, LLC, a Nevada limited liability company; JON DIVENS, an individual,

Plaintiffs,

vs.

LNJ ENTERPRISE, LLC, an Indiana limited liability company; ESTATE OF JAMES SAVOR, an individual; and DOES 1-10, inclusive,

Defendants.

CASE NO. CV 10-8728 JAK (JEMx)

**Assigned to: The Hon. John A. Kronstadt**

JUDGMENT

JS-6

The motion to dismiss for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6) ( the "Motion"), brought by Defendants LNJ Enterprise, LLC and the Estate of James Savor (collectively "Defendants") came on for hearing on January 28, 2013, at 8:30 a.m. in Courtroom 760 of the above-entitled Court, the Honorable John A. Kronstadt presiding. Having considered all papers filed in support of and in opposition to the Motion, all evidence set forth in the papers (except that to which objections were made and sustained by the Court), and the arguments of counsel, the Court issued an Order Granting Defendants' Motion to Dismiss with prejudice

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the plaintiffs take nothing, that the action be dismissed on the merits, and that Defendants recover their costs in the amount of $_____________________.

Date: June 20, 2013

JOHN A. KRONSTADT,
United States District Judge